IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JENERAL JARBOE WALTER,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV514-040

BRIAN OWENS, Commissioner;
GLEN JOHNSON, Warden; NATHAN
BROOKS, Unit Manager; Lt. WILLIAM
STEEDLY, and Officer RANDALL DAVIS,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED**, without prejudice, based on his failure to exhaust his administrative remedies prior to the filing of this cause of action. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 15 day of January, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)